### STATE v. SCOTT McREYNOLDS.

No. A-281.   Opinion Filed April 4, 1911.

Appeal from Logan County Court; J. C. Strang, Judge.

Orville T. Smith and Smith C. Matson, Asst. Atty. Gen., for appellant.

John H. Burford, for appellee.

PER CURIAM. The following stipulation has been filed in this case: "Subject to the approval of the Attorney General, it is stipulated and agreed that the appeal in the above entitled cause may be dismissed. Orville T. Smith, Special Attorney for the State. John H. Burford, Attorney for Defendant. O. K. Charles West, Atty. Gen. By Smith C. Matson, Asst. Atty. Gen." In conformity with the above stipulation, this appeal is dismissed.